Thurmond GUESS, Plaintiff–Appellant,

v.

THE BENEDICT COLLEGE; David H. Swinton, Defendants–Appellees.

Nos. 04–1396, 04–1571.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2004.

Decided: Sept. 8, 2004.

Thurmond Guess, Appellant pro se.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thurmond Guess appeals the district court's orders dismissing his complaints without prejudice based on reports and recommendations of two magistrate judges. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Guess v. Benedict College,* No. CA–04–553–3 (D.S.C. Mar. 30, 2004); *Guess v. Benedict College,* No. CA–04–743–3 (D.S.C. Apr. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*